**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH STAR MEDIA, LLC, a Michigan limited liability company, and THE HENRY S. & MALA DORFMAN FAMILY FOUNDATION, a Michigan nonprofit corporation<br><br>Plaintiffs,<br><br>v.<br><br>10 LIVES CONTENT, LLC, a California limited liability company, DANIEL E. CATULLO, III, an individual, and DAVID KERNAN, an individual,<br><br>Defendants. | **Case No.: 2:25-cv-07064**<br><br>**CONSENT JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner |

NOW COME 10 Lives Content, LLC ("10 Lives") and Daniel E. Catullo, III "Catullo"; collectively, "Defendants") being first duly sworn, and hereby authorize the entry of judgment against them, jointly and severally, in favor of Plaintiffs, in accordance with the following:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over the Defendants.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).
3. The parties entered into a Settlement Agreement on April 15, 2026, pursuant to which Defendants agreed to, inter alia, execute this Consent Judgment (the "Settlement Agreement").
4. The parties agreed that in the event Defendants failed to comply with the terms and conditions of the Settlement Agreement, Plaintiffs are authorized to file this Consent Judgment of record.

5. Defendants have defaulted under the terms and conditions of the Settlement Agreement, and as a result, Plaintiffs are entitled to the entry of judgment against Defendants.

6. Defendants hereby authorize the entry of this Consent Judgment against them, jointly and severally, in favor of the Plaintiffs in the amount of $500,000.00, plus applicable interest, reasonable attorney's fees, and costs of collection (in an amount to be evidenced by Plaintiffs), and waive all defenses thereto, including without limitation, jurisdictional defenses, merits-based defenses (including failure to state a claim), timeliness defenses, equitable defenses, affirmative defenses, and counterclaims.

7. The balance of this judgment shall be reduced by Plaintiffs' affidavit at the time of filing to reflect all payments, if any, received by Plaintiff from Defendants since the date of Defendants' execution of this Consent Judgment.

8. Defendants acknowledge that counsel for Plaintiffs does not represent them and does not undertake to advise Defendants concerning the meaning or significance of this and related documents. Defendants further acknowledge that they have been advised by their own legal counsel and/or have been given adequate opportunity to obtain such advice concerning the Settlement Agreement and this Consent Judgment.

///

///

///

9. Defendants further acknowledge that the Court retains jurisdiction over this matter in order to ensure monitor compliance, to address violations of this Consent Judgment through contempt proceedings and modify the terms hereof where necessary and/or appropriate.

WHEREFORE, upon the foregoing Consent Judgment, Plaintiffs shall have and recover against Defendants the sum of $500,000.00.

Executed this 15th day of April, 2026.

Daniel E. Catullo, III

And

Executed this 15th day of April, 2026.

10 Lives Content, LLC
by: Daniel E. Catullo, III

Agreed as to form and content:
Dated: April 15, 2026

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**
By: /s/ Scott J. Sholder
Scott J. Sholder, Esq.
*(Admitted pro hac vice)*
Nancy E. Wolff, Esq. (SBN 133334)
*Attorneys for Plaintiffs*

**JOHNSON EVANS & HEADRICK, P.C.**
By: /s/ Michael Johnson
Michael Johnson, Esq.
*Attorneys for Defendants*

Dated: **8/21/2026**

Hon. R. Gary Klausner
United States District Judge

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael Johnson, Counsel for Defendants, and that I have obtained his authorization to affix his electronic signature thereto.

/s/ Scott J. Sholder